UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT LYNN WOLFE, JR.,<br><br>Defendant. | 1:25-CR-10004-CBK<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND ORDER ON MOTION TO SUPPRESS |

Defendant filed a motion to suppress evidence seized pursuant to a search warrant and statements he made during and after the search. The motion came on for hearing before United States Magistrate Mark A. Moreno. Magistrate Moreno issued a written report and recommendation, recommending that the motion to suppress be granted in part and denied in part. The magistrate recommended that statements made by defendant prior to receiving the Miranda warnings should be excluded as substantive evidence but admissible as impeachment should defendant testify at trial. The magistrate recommended that the physical evidence confiscated pursuant to the search warrant and the test results of the urine sample collected at the jail be deemed admissible at trial.

Defendant filed objections to the report and recommendation. I have conducted a de novo review of the motion and the record herein as required by 28 U.S.C.A. § 636(b)(1). I find that Magistrate Moreno's findings and recommendations are well grounded in fact and law and should be adopted. Accordingly,

IT IS ORDERED:

1. The Magistrate's report and recommendation, Doc. 46, is adopted.
2. Defendant's motion, Doc. 24, to suppress is granted in part and denied in part, consistent with this order and the Magistrate's report and recommendation.

DATED this 27th day of October, 2025.

BY THE COURT:

CHARLES B. KORNMANN
United States District Judge